IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MAKAYLA STARKS

Plaintiff,

v. Case No.: 26-1747

KUNES BUICK GMC OF OAK CREEK, INC.,
JOHN DOE,

Defendants.

---

## NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE THAT Defendant, Kunes Buick GMC of Oak Creek, Inc. ("Kunes") by and through its attorneys, Amundsen Davis, LLC, and pursuant to 28 U.S.C. § 1441(a), *et. seq.* and 28 U.S.C. § 1331, remove the above captioned matter from the Circuit Court of Milwaukee County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, and in support thereof, state as follows:

1. Plaintiffs Makayla Starks commenced this action by filing their Summons and Complaint with the Clerk of Court for the Milwaukee County Circuit Court, Case No. 2026CV7749, on or about August 21, 2026. The Summons and Complaint were served on Kunes on August 25th, 2026. The Summons and Complaint and accompanying papers are collectively attached hereto as **Exhibit 1**.

2. Plaintiff asserts the following claims against Kunes: Racial Discrimination in Contracting under 42 U.S.C. § 1981, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Negligent Training and Supervision. [Ex. 1.]

3. Defendant seeks to remove this matter based upon the federal question jurisdiction because Plaintiff's action arises under 42 U.S.C. § 1981.

## FEDERAL QUESTION JURISDICTION

4. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States, specifically 42 U.S.C. § 1981.

5. The Complaint alleges that Starks is a Black individual protected against race discrimination under 42 U.S.C. § 1981, and enjoyed a contractual relationship with Kunes for the purchase and servicing of her vehicle. [Ex. 1, ¶¶ 27-28.]

6. In addition to the federal claims under 42 U.S.C. § 1981, Plaintiff brings claims under Wisconsin law, including Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Negligent Training and Supervision. [Ex. 1.]

7. Because these state-based causes of action alleged in the Complaint all arise from the same vehicle service transaction and alleged incident, they share a common nucleus of operative fact with, and are so related to Plaintiff's 42 U.S.C. § 1981 claims as to form part of the same case or controversy under Article III of the United States Constitution, giving this Court supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over all other causes of action.

## PAPERS FROM REMOVED ACTION

8. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, if any, in the state case are attached hereto collectively as **Exhibit 1.**

## TIMELINESS OF REMOVAL

9. This Notice of Removal is timely because it is filed within 30 days after service of the Summons and Complaint on Kunes as required by 28 U.S.C. § 1446(b)(1). Kunes was served on August 25, 2026, making this removal timely.

## VENUE

10. Venue for this removal is proper under 28 U.S.C. § 1441(a) because this Court sits in the United States District Court for the district and division encompassing the state court where the action is pending.

## NOTICE OF FILING NOTICE OF REMOVAL

11. In accordance with 28 U.S.C. § 1446(d), Defendants have filed a copy of this Notice of Removal with the Clerk of Court of Milwaukee County, Wisconsin, to effect this removal. Additionally, pursuant to 28 U.S.C. § 1446(d), Kunes has given written notice of this removal to all adverse parties.

## CONCLUSION

12. Accordingly, because this action arises under the laws of the United States, specifically 42 U.S.C. § 1981, this action is one over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

Dated September 24, 2026. **AMUNDSEN DAVIS, LLC**

By: *Electronically signed by Joseph P. Trevino*
Joseph P. Trevino, State Bar No. 1080460
Evan W. Thomsen, State Bar No. 1114697

MAILING ADDRESS:
Amundsen Davis, LLC
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, Wisconsin 53202
Phone: (414) 847-6150
(414) 225-1427
Email: jtrevino@amundsendavislaw.com
ethomsen@amundsendavislaw.com